UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRODY SIMPSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>　　　　　Respondent. | Civil Action No. 20-cv-07630 |

**PELOTON INTERACTIVE, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Respondent Peloton Interactive, Inc. states that it is a publicly traded company, that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock

Dated: September 21, 2020

Respectfully submitted,

HUESTON HENNIGAN LLP

　/s/ Steven N. Feldman

Steven N. Feldman (NY Reg. No. 4775052)
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:　(213) 788-4340
Facsimile:　(888) 775-0898
sfeldman@hueston.com

*Attorney for Respondent
Peloton Interactive, Inc.*