**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
BRODY SIMPSON,

       Petitioner,       20 **CIVIL** 7630 (VEC)

  -against-          **JUDGMENT**

PELOTON INTERACTIVE, INC.,
       Respondent.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 2, 2021, Simpson's Petition to confirm the arbitration award is GRANTED. Judgment is entered for Plaintiff in the amount of $253.50 in damages, $96,597.00 in attorneys' fees, and $7,917.82 in costs; accordingly, the case is closed**.**

**Dated**: New York, New York
   July 6, 2021

               **RUBY J. KRAJICK**
               _____
               **Clerk of Court**
          **BY:** _K. Mango_____
               **Deputy Clerk**